ANASTASSIOU & ASSOCIATES
EFFIE F. ANASTASSIOU (96279)
(effieesq@salinasaglaw.com)
242 Capitol Street
Post Office Box 2210
Salinas, California  93902
Telephone:  (831) 754-2501
Facsimile:   (831) 754-0621

Attorneys for Plaintiff CENTRAL VALLEY SEEDS, INC.

COOLEY LLP
STEPHEN R. SMITH (admitted *pro hac vice*)
(stephen.smith@cooley.com)
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:   (703) 456-8000
Facsimile:    (703) 456-8100

COOLEY LLP
ANGELA L. DUNNING (212047)
(adunning@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants SHAMROCK SEED COMPANY
and VILMORIN & CIE SA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY SEEDS, INC., | Case No.  4:17-cv-04119-JSW |
| Plaintiff, | JOINT [~~PROPOSED~~] AMENDED CASE SCHEDULING ORDER AS MODIFIED |
| v. | Judge:          Hon. Jeffrey S. White |
| SHAMROCK SEED COMPANY *et al.*, | Action Filed:  July 20, 2017 |
| Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT ~~PROPOSED~~ AMENDED CASE
SCHEDULING ORDER
CASE NO. 4:17-CV-04119-JSW

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Civil L.R. 16-9, and the **Standing Order for All Judges of the Northern District of California**, Plaintiff Central Valley Seeds Inc. ("CVS" or "Plaintiff") and Defendants Shamrock Seed Company ("Shamrock") and Vilmorin & Cie SA ("Vilmorin"; together with Shamrock, "Defendants") respectfully submit this Joint [Proposed] Amended Case Scheduling Order, through their undersigned counsel.

The parties jointly and respectfully note for the Court's convenience that the only dates proposed to be changed in the schedule below pertain to the taking of expert discovery during claim construction and the due date for Plaintiff's reply brief regarding claim construction.  The parties jointly and respectfully submit that the proposed alterations in the schedule provide a more convenient schedule for expert discovery that allows for the timing of expert declarations and expert deposition in connection with claim construction briefing.

The parties jointly and respectfully propose the following schedule for remaining deadlines through claim construction oral hearing:

| EVENT | RULE/ORDER | DEADLINE |
| --- | --- | --- |
| Advice of counsel discovery | Patent L.R. 3-7 | 30 days after Court's claim construction ruling |
| Defendants' responsive damages contentions | Patent L.R. 3-9 | 3/16/2018 |
| Joint claim construction statement | Patent L.R. 4-3 | 2/26/2018 |
| Claim construction discovery complete | Patent L.R. 4-4 | ~~3/28/2018~~<br>6/11/2018 |
| Claim construction opening briefs | Patent L.R. 4-5(a) | 5/14/2018 |
| Claim construction responsive briefs | Patent L.R. 4-5(b) | 5/28/2018 |
| Claim construction reply briefs | Patent L.R. 4-5(c) | ~~6/4/2018~~<br>6/11/2018 |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

JOINT ~~PROPOSED~~ AMENDED CASE
SCHEDULING ORDER
CASE NO. 4:17-CV-04119-JSW

| Event | Rule/Order | Deadline |
|---|---|---|
| Claim Construction Demonstrative Slides | | ~~6/19/2018~~ 6/14/18 |
| Claim Construction Tutorial Hearing | | 10 a.m. ~~6/21/2018~~ 8/16/18 |
| Serve Exhibits for Claim Construction Hearing | | 10 a.m. ~~6/25/2018~~ 8/20/18 |
| Claim Construction Oral Hearing | | 10 a.m. ~~6/28/2018~~ 8/23/18 |

Respectfully submitted,

Dated: February 26, 2018        ANASTASSIOU & ASSOCIATES

By: */s/ Effie F. Anastassiou*
　　　Effie F. Anastassiou

Attorneys for Plaintiff,
CENTRAL VALLEY SEEDS, INC.

Dated: February 26, 2018        COOLEY LLP

By: */s/ Daniel J. Knauss*
　　　Daniel J. Knauss

Attorneys for Defendants,
SHAMROCK SEED COMPANY and
VILMORIN & CIE SA

IT IS SO ORDERED, AS MODIFIED.
Dated:　February 26, 2018

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT