1  ANASTASSIOU & ASSOCIATES
   EFFIE F. ANASTASSIOU (96279)
2  (effieesq@salinasaglaw.com)
   242 Capitol Street
3  Post Office Box 2210
   Salinas, California 93902
4  Telephone: (831) 754-2501
   Facsimile: (831) 754-0621
5
   Attorneys for Plaintiff
6  CENTRAL VALLEY SEEDS, INC.
7
8
9

COOLEY LLP
STEPHEN R. SMITH (admitted *pro hac vice*)
(stephen.smith@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:   (202) 842-7899

COOLEY LLP
ANGELA L. DUNNING (212047)
(adunning@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone:  (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendants
SHAMROCK SEED COMPANY, and
VILMORIN & CIE SA

10
11
12
13
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

18 CENTRAL VALLEY SEEDS, INC. a
19 California Corporation,,

20          Plaintiff,

21      v.

22 SHAMROCK SEED COMPANY, dba
   VILMORIN NORTH AMERICA, a
23 California corporation; VILMORIN & CIE
   SA, a French company; *et al.*,

24          Defendants.

Case No. 4:17-cv-04119-JSW

**STIPULATED DISMISSAL OF
ACTION WITH PREJUDICE AND
[PROPOSED] ORDER**

Cooley LLP
Attorneys At Law
Palo Alto

STIPULATED DISMISSAL OF ACTION WITH
PREJUDICE AND PROPOSED ORDER
CASE NO. 4:17-CV-04119-JSW

1         Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Central Valley Seeds, Inc. and

2  Defendants Shamrock Seed Company and Vilmorin & Cie SA stipulate that this action is dismissed

3  with prejudice in its entirety. The Honorable Jeffrey S. White, or in his absence, the U.S. District

4  Court for the Northern District of California, will retain jurisdiction to enforce the parties'

5  confidential settlement agreement (the terms of which are incorporated herein by reference). Each

6  party shall bear its own attorneys' fees and costs.

7

8  Dated: May , 2018                ANASTASSIOU & ASSOCIATES

9

                                  Effie F. Anastassiou, Esq.

10                          Attorneys for Plaintiff
                         CENTRAL VALLEY SEEDS, INC.

11

  Dated: May 11, 2018              COOLEY LLP

12

                         /s/ Daniel J. Knauss

13                          Daniel J. Knauss

14                          Attorneys for Defendants
                         SHAMROCK SEED COMPANY, and VILMORIN

15                          & CIE SA

16

17

18

19

20

21

22

23

24

25

26

27

28

                      1            **STIPULATED DISMISSAL OF ACTION WITH
PREJUDICE AND PROPOSED ORDER
CASE NO. 4:17-CV-04119-JSW**

1

## FILER'S ATTESTATION

2   Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that concurrence

3   in the filing of this document has been obtained from all signatories above.

4
Dated: May 11, 2018                     ANASTASSIOU & ASSOCIATES
5

6                                        Effie F. Anastassiou, Esq.
                                         Attorneys for Plaintiff
7                                        CENTRAL VALLEY SEEDS, INC.

8

9

10
## [PROPOSED] ORDER
11
PURSUANT TO STIPULATION OF ALL PARTIES, AND FOR GOOD CAUSE SHOWN:
12
This action is dismissed with prejudice in its entirety, with the Honorable Jeffrey S. White, or
13
in his absence, the U.S. District Court for the Northern District of California, retaining jurisdiction to
14
enforce the parties' confidential settlement agreement (the terms of which are incorporated herein by
15
reference). Each party to bear its own attorneys' fees and costs.
16
IT IS SO ORDERED.
17

18

19  Dated:                    , 2018
                                         By:
20                                       HON. JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATED DISMISSAL OF ACTION WITH
PREJUDICE AND PROPOSED ORDER
CASE NO. 4:17-CV-04119-JSW